for petitioner. *Robert W. Kenny,* Attorney General of California for respondent.

No. 427. LAVENDER, ADMINISTRATOR, *v.* KURN ET AL., TRUSTEES, ET AL. October 21, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied for want of a final judgment. MR. JUSTICE BLACK and MR. JUSTICE MURPHY are of the opinion that the petition should be granted. *N. Murry Edwards, James A. Waechter* and *Douglas H. Jones* for petitioner. *Maurice G. Roberts, Cornelius H. Skinker, Jr., William R. Gentry, Charles A. Helsell* and *John W. Freels* for respondents.

No. 164. MOSELEY ET AL. *v.* UNITED STATES APPLIANCE CORP. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Walter Slack* for petitioners. *Philip Harper Allen* for respondent. *Solicitor General McGrath* filed a memorandum for the United States, as *amicus curiae,* in support of the petition.